RAOUF R. KHALIL
rkhalil@mobiledoctors24-7.com
4607 Lakeview Canyon Road #574
Westlake Village, CA 91361
Telephone: (805) 551-9035

In Pro Per

**FILED**
2017 FEB 27 PM 12: ᴵ3
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

In Re:

GOLDMAN, STEVEN

Plaintiff

Steven Goldman,

    Plaintiff,

    v.

Raouf Roshdy Khalil,

    Defendant.

Case No.: 2:16-cv-05972 CAS

Chapter 7

Bankruptcy Case No.: 01:11-bk-16918-AA
Adv. No.:        01:11-ap-01533-AA

**DECLARATION OF RAOUF. R KHALIL FOR AN ORDER TO SHOW CAUSE**

---

**DECLARATION OF RAOUF R. KHALIL**

## DECLARATION OF RAOUF R. KHALIL

I, Raouf R. Khalil, declare:

1. I am the Defendant/Respondent currently working in the United Arab Emirates and Qatar. I submit this declaration in response to the Court's Order to Show Cause from February 8, 2017. (I have personal knowledge of the facts set forth below, unless otherwise stated, and if called as a witness, could and would competently testify thereto under oath.)

2. I have been appearing pro per in the matter since February 4, 2014. I did not know that the judgment from the Bankruptcy Court and the Honorable Alan M. Ahart and affirmed by the Honorable Margaret M. Morrow could be reversed for my failure to defend. I truly apologize to the court for this. I assumed that the judgment could only be reversed due to a matter of error in law. I fully believe that the judgment rendered in my bankruptcy case was decided correctly. I thought that the case put into the record, both the Adversary Hearing and the Appeal, would be read and a judgment made from that. Under the 2017 California Rules of Court Rule 8.220 Notice of Failure to file a brief (a)(2) "If the brief is a respondent's brief, the court may decide the **appeal on the record**, the opening brief, and any oral argument by the appellant. I fully believe in the decisions of Honorable Alan M Ahart [AA3143-AA3144]   and Honorable Margaret M Morrow [AA307-AA3134].

3. I am filing my Respondent's Brief late to show that I fully defend the order of judgment from the Honorable Alan Ahart, upheld by the Honorable Margaret Morrow and believe it is the correct judgment. I currently am employed for a company in the United Arab Emirates, and I am a resident there. I cannot afford a lawyer to help me with this appeal. I am doing the best that I can on my own, and I just want a fair hearing. I truly apologize for any inconvenience that I am causing the Court and pray that the Court accept an acknowledge that I am defending the Bankruptcy Court's decision in my favor on all accounts and the Honorable Margaret Morrow's decisions affirming the judgment.

I declare under penalty of perjury under the laws of the United State of American that the foregoing is true and correct. Executed this 21ˢᵗ day of February 2017 at Dubai United Arab Emirates.

                                                                     Raouf R Khalil

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
2168 SOUTH ATLANTIC BLVD., #205, MONTEREY PARK, CA 91754

A true and correct copy of the foregoing document entitled (specify): <u>DECLARATION OF RAOUF R. KHALIL FOR AN ORDER TO SHOW CAUSE; RESPONDENT'S BRIEF</u>

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (date) __02/27/2017__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

JUDGE ALAN AHART, UNITED STATES BANKRUPTCY COURT
21041 BURBANK BLVD., SUITE 342
WOODLAND HILLS, CA 91367

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 02/27/2017 | GREG CHAYRA | _/s/_ |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                             **F 9013-3.1.PROOF.SERVICE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
2168 SOUTH ATLANTIC BLVD., #205, MONTEREY PARK, CA 91754

A true and correct copy of the foregoing document entitled (*specify*): <u>DECLARATION OF RAOUF R. KHALIL FOR AN ORDER TO SHOW CAUSE; RESPONDENT'S BRIEF</u>

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) <u>02/27/2017</u>, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

MICHAEL AVENATTI, ESQ
EAGAN AVENATTI, LLP, 450 NEWPORT CENTER DRIVE, 2ND FLOOR
NEWPORT BEACH, CA 92660

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 02/27/2017 | GREG CHAYRA | *(signature)* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                              **F 9013-3.1.PROOF.SERVICE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
2168 SOUTH ATLANTIC BLVD., #205, MONTEREY PARK, CA 91754

A true and correct copy of the foregoing document entitled (*specify*): <u>DECLARATION OF RAOUF R. KHALIL FOR AN ORDER TO SHOW CAUSE; RESPONDENT'S BRIEF</u>

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) <u>02/27/2017</u>, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

CARLOS COLORADO, ESQ.
EAGAN AVENATTI, LLP, 450 NEWPORT CENTER DRIVE, 2ND FLOOR
NEWPORT BEACH, CA 92660

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 02/27/2017 | GREG CHAYRA | |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                      **F 9013-3.1.PROOF.SERVICE**